JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. YANCY, | ) | No. CV 04-221-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DAKOTA HERRICK, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that summary judgment is granted in favor of Defendant.

DATED: <u>October 27, 2009</u>

_____
JOHN F. WALTER
United States District Judge